UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> DEAN MASON, *et al.*, <br><br> Defendants. | CASE NO. C24-6020-TMC <br><br> ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date on which this Order is signed. If the filing fee is not paid, this case will be dismissed.

(3) The Clerk shall file the complaint only upon receipt of the filing fee. If no filing fee is paid within thirty days of the date of this Order, the Clerk is directed to close the file.

(4)  The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

DATED this 13th day of March, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER DENYING APPLICATION TO
TO PROCEED *IN FORMA PAUPERIS* - 2