UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL E. MARTIN,<br><br>                  Plaintiff,<br><br>   v.<br><br>DEAN MASON, *et al.*,<br><br>                  Defendants. | Case No. C24-6020-TMC-SKV<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS |

This is a civil rights action proceeding under 42 U.S.C. § 1983. On July 7, 2025, Defendants filed a motion to dismiss, and that motion is currently noted on the Court's calendar for consideration on August 4, 2025. *See* Dkt. 20. On July 17, 2025, Plaintiff filed a motion seeking a 90-day extension of time to file a response to Defendants' motion, citing his lack of legal training and knowledge of the law, limited access to the law librarian at his facility, and other daily obligations that require his time and attention. *See* Dkt. 22. Defendants have filed a response to Plaintiff's motion in which they indicate they have no objection to Plaintiff's motion to extend time, but argue that the requested 90-day extension is excessive and unreasonable. *See* Dkt. 23.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS - 1

The Court concurs with Defendants that the requested 90-day extension is unreasonable, though the Court is willing to grant Plaintiff a more modest extension. Plaintiff's response to the motion to dismiss was originally due on July 28, 2025. As Defendants' motion to dismiss is relatively straightforward, a 45-day extension of time from that date should provide Plaintiff ample time to prepare and file his response to Defendants' motion.

Accordingly, the Court hereby ORDERS as follows:

(1)  Plaintiff's motion for an extension of time to file a response to Defendants' motion to dismiss (Dkt. 22) is GRANTED. Plaintiff is directed to file his response not later than ***September 11, 2025***.

(2)  Defendants' motion to dismiss (Dkt. 20) is RE-NOTED for consideration on ***September 18, 2025***. Defendants must file any reply brief in support of their motion by that date.

(3)  The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Tiffany M. Cartwright.

DATED this 13th day of August, 2025.

S. KATE VAUGHAN
United States Magistrate Judge